IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF
FLORIDA
MIAMI DIVISION

CASE NO. 1:11-cv-23775

LUIS RODRIGUEZ,

    Plaintiffs,

v.

CONSTAR FINANCIAL SERVICES, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Southern District of Florida, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

    Respectfully submitted,
    **LUIS RODRIGUEZ**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC

           ATTORNEYS FOR PLAINTIFF
           5722 S. Flamingo Road, Ste. 656
           Cooper City, FL 33330
           (954) 212-2184
           (866) 577-0963 fax
           aweisberg@attorneysforconsumers.com

I HEREBY CERTIFY THAT this Notice was filed on this 11th day of November, 2011, by means of the CM/ECF system which will send notice of electronic filing to the following: Ernest H. Kohlmyer, III, Esquire, skohlmyer@southmilhausen.com

           By: s/ Alex Weisberg
           ALEX D. WEISBERG
           FBN: 0566551
           WEISBERG & MEYERS, LLC
           ATTORNEYS FOR PLAINTIFFS
           5722 S. Flamingo Road, Ste. 656
           Cooper City, FL 33330
           (954) 212-2184
           (866) 577-0963 fax
           aweisberg@attorneysforconsumers.com