UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.11-23775-CIV-UNGARO

LUIS RODRIGUEZ,

    Plaintiff,

v.

CONSTAR FINANCIAL SERVICES, LLC

    Defendant.

_____

### ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement. (D.E. 6.)

THE COURT is fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of November, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record